# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA TURNBULL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-02947 |
| v. | ) |
| | ) |
| **NCB Management Services, Inc. et al,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendants should be dismissed with prejudice, each party to bear its own costs.

Dated: April 3, 2018

Respectfully Submitted,

**PONTELLO LAW, LLC**

  /s/ Dominic M. Pontello
DOMINIC M. PONTELLO #60947
Pontello Law, LLC
406 Boones Lick Rd.
St. Charles, Missouri 63301
(636) 896-4170
(636) 246-0141 facsimile

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of April 2018, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

                                                 */s/ Dominic M. Pontello*
                                                 Dominic M. Pontello